UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
RONALD KASSOVER, On Behalf of the Ronald    )
Kassover IRA and All Others Similarly Situated, )
                                            )
            Plaintiff                       )
                                            )
    vs.                                     )  Case No.  04-10329-DPW
                                            )
SONUS NETWORKS, INC., HASSAN M. AHMED,      )
and STEPHEN J. NILL,                        )
                                            )
            Defendants.                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                        Respectfully Submitted,

                        SONUS NETWORKS, INC.

                        By its attorneys,


                        /s/ Gregory F. Noonan_____
                        Jeffrey B. Rudman (BBO #433380)
                        James W. Prendergast (BBO #553073)
                        Daniel W. Halston (BBO #548692)
                        Gregory F. Noonan (BBO #651035)
                        Hale and Dorr LLP
                        60 State Street
                        Boston, MA 02109
                        (617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Norman Berman | Samuel P. Sporn |
| Michael T. Matraia | Christopher Lometti |
| Berman DeValerio Pease Tabacco Burt & Pucillo | Frank R. Schirripa |
| | Schoengold & Sporn, P.C. |
| One Liberty Square | 19 Fulton Street, Suite 406 |
| Boston, MA 02109 | New York, NY 10038 |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004