# EXHIBIT A

**BALANCED ACCOUNTS (TAX EXEMPT)** *(continued)*

**Performance:** *(continued)*
Annualized rates of return (%)
| 3 years | 5 years | 10 years |
|---|---|---|
| -0.56 | 6.68 | 7.40 |

Benchmark used: *S&P 500 & LBGC Bond Index*

| | |
|---|---|
| Performance net of fees / commissions ? | *No* |
| Performance includes cash reserves ? | *No* |
| Performance in compliance w/ AIMR ? | *No* |
| Leverage used ? | *No* |
| Performance audited ? | *No* |
| Account weighting | *Size Weighted* |
| How are periods linked ? | *Geometrically* |

# BPI Global Asset Management

1900 Summit Twr Blvd.  Phone: 407 660-6100
Suite 450.  Fax:   407 667-5776
Orlando FL 32810

**Marketing contact:** *Ryan Burrow*

**Type of organization:**  *Independent Investment Advisor*
*Registered Investment Advisor*
*Fully Compliant with AIMR Perf. Pres. Standards*

**Year founded:** *1997*

**Assets managed:** *$3,833.5 million*

### 1. Introduction:

BPI Global Asset Management was established on March 31, 1997 as an investment management firm providing global and international investment products to Pensions, Endowments, Foundations and Mutual Funds in the US and Canada. The primary portfolio managers have been working together since April 1992. BPI Financial Corporation through its subsidiary owns 50% (economic and voting) of BPI Global Asset Management. Senior Management at BPI Global Asset Management controls 50% of the voting power through the term of its partnership agreement with BPI Financial Corporation. BPI Global Asset Management is completely autonomous and independent in its day to day investment operations.

### 2. Affiliations/Ownership:

Originally, BPI Global Asset Management (BPI) was owned 51% by BPI Financial Corporation (BPC) and 49% by BPI management. BPI Financial Corporation was a Canadian mutual fund company listed in the Toronto Stock Exchange. As consideration for its 51% ownership interest in the partnership, BFC guaranteed BPI a minimum of $500 million in assets under management for a period of 5 years. In May of 1999, BPI management and BFC agreed to extend the advisory relationship (guaranteed $500 million in AUM) from a five-year to a fifteen-year term. As part of the transaction, BFC purchased an additional 15% interest in BPI. This transaction did not alter the makeup of the board or the voting rights in the partnership. In August of 1999, BFC merged with another publicly traded Canadian mutual fund company, C.I. fund management Inc.

| Percentage owned: | by active employees | 34% |
|---|---|---|
| | by minorities | 10% |
| | by women and/or minorities | 10% |

### 3. Key executives:

Daniel R. Jaworski............ Managing Director, Co-Founder &
(Age 38;Exp. 14;w/Firm 5)   Portfolio Manager
                            ...Chief Investment Officer
                            ...Director of Research

Ryan Burrow...................... President/Marketing & Client Services
(Age 43;Exp. 20;w/Firm 5)   ...Director of Marketing

### 4. Investment strategies:

| Equities: | • Value | • Large-cap |
|---|---|---|
| • Social Screening | • Quantitative | |
| Fixed Income: | • Fixed Inc. (non-spec.) | |
| Balanced: | • Hedging | |

### 5. Investment vehicles used:

| Equities: | • Non-U.S. Stocks | • ADRs |
|---|---|---|
| • U.S. Common Stocks | | |
| Fixed Income: | • Cash/Equivalents | • Non-U.S. Fixed Inc. |
| • U.S. Fixed Income | | |
| Other Classes: | • Futures/Options | |

### 6. Geographic regions invested in:

| N. America: | • United States | |
|---|---|---|
| Global: | • Global | • EAFE |
| • Global Emerging Mkts | | |

### 7. Research sources:

In-house: 90% . Street research: 10%

| | |
|---|---|
| Number of companies followed regularly | 300 |
| Number of broker/dealers used regularly | 50 |
| Trades directed through a broker affiliate ? | *No* |
| Commissions directed for clients ? | *Yes* |
| Does firm accept wrap accounts ? | *No* |

### 8. Decision-making process:

Primary Structure: *Centralized (homogenous portfolios)*

BPI represents a different approach to international investing. The international department consists of a handful of talented portfolio managers and analysts. The team is well equipped with some of the most advanced information systems and street research available. These resources are used to institute a consistent investment philosophy that deviates from the mainstream. BPI provides an alternative to average international equity exposure. The portfolio manager has the flexibility to consistently apply a buy/sell discipline in a constantly changing environment. BPI believes opportunity for international equity exposure with specific fundamental characteristics. Dan Jaworski is the lead portfolio manager on this product and he is responsible for each decision made as part of the investment process. Pablo Salas acts as a backup portfolio manager (international) and also provides research in developing markets at Dan's discretion.

### 9. Assets under management / Institutional clients:

| Date | Total Assets Mgd($ mil.) | # of Inst'l Clients | Avg Inst'l Acct Size ($ mil.) | Median Inst'l Acct Size ($ mil.) |
|---|---|---|---|---|
| 12/2001 | 3,833.5 | 95 | 40.4 | 22.2 |
| 12/2000 | 4,627.3 | 43 | 20.9 | 12.5 |
| 12/1999 | 3,592.0 | 27 | 28.2 | 21.3 |
| 12/1998 | 1,196.0 | 11 | 22.4 | 22.2 |
| 12/1997 | 767.0 | 8 | 17.0 | 8.0 |

Institutional clients gained/lost last 12 months:
Gained: 25        Lost: 1

### 10. Assets managed by client category/Largest accounts:

| | #Clients | Assets ($ mil.) |
|---|---|---|
| Corp. retirement funds | 27 | 638.2 |
| Public funds | 1 | 55.2 |
| Unions (Taft-Hartley) | 8 | 96.1 |
| Found., endow., assns. | 16 | 201.3 |
| Commingled funds | 4 | 103.8 |
| General insurance accounts | 6 | 100.1 |
| Mutual funds | 18 | 2,551.9 |
| Individuals: IRAs & other | 6 | 10.6 |
| Wrap Program | 7 | 46.8 |
| Operating | 2 | 29.6 |

Assets under management of largest separate accounts:
1) $ 98.1 million    2) $ 74.2 million    3) $ 57.2 million

### 11. Tax exempt and taxable assets:

Total assets managed - Tax exempt clients................ $1,020.5 mil.
Total assets managed - Taxable clients...................... $2,813.0 mil.

### 12. Assets managed by class:



■ **Equities: 40%**
   39.96% *Actively managed - international equities*
   *($ 1531.8 mil)*
☐ **Other Asset Classes: 60%**
   45.95% *Global Equity ($ 1761.5 mil)*
   0.56% *Emerging Market Equity ($ 21.6 mil)*
   13.53% *Other ($ 518.6 mil)*

### 15. Professional staff:

Professional staff by category:
| | |
|---|---|
| Equity portfolio managers | 3 |
| Equity analysts | 4 |
| Equity traders | 4 |
| Marketing/Client service | 1 |
| Operations/Administrative | 8 |
| Other professionals | 2 |
| Total professionals | 22 |

Average number of accounts per portfolio manager......... 22

15. **Professional staff:** *(continued)*
**Equity portfolio managers:**
   Paul Holland, *Managing Director & Portfolio Manager*
      *(Age 38;Exp. 14;w/Firm 5)*
   Daniel R. Jaworski, *Managing Director, Co-Founder & Portfolio Manager*
      *(Age 38;Exp. 14;w/Firm 5)*
   Pablo Salas, *Managing Director, Co-Founder, & Portfolio Manager*
      *(Age 42;Exp. 16;w/Firm 5)*
   Jon Sorensen, *Senior Research Analyst & Portfolio Manager*
      *(Exp. 12;w/Firm 5)*
**Equity traders:**
   Matthew Miller, *Head Trader (Exp. 6;w/Firm 5)*
**Equity analysts:**
   Brian Ballew, *Senior Portfolio Analyst (Exp. 7;w/Firm 4)*
   John Bichelmeyer, *US Research Analyst (Exp. 5;w/Firm 5)*
   Paul Holland, *Managing Director & Portfolio Manager*
      *(Age 38;Exp. 14;w/Firm 5)*
   John Hudson, *Senior Research Analyst (Exp. 7;w/Firm 5)*
   Daniel R. Jaworski, *Managing Director, Co-Founder & Portfolio Manager*
      *(Age 38;Exp. 14;w/Firm 5)*
   Bradley Miller, *International Research Analyst (Exp. 7;w/Firm 5)*
   Pablo Salas, *Managing Director, Co-Founder, & Portfolio Manager*
      *(Age 42;Exp. 16;w/Firm 5)*
   Jon Sorensen, *Senior Research Analyst & Portfolio Manager*
      *(Exp. 12;w/Firm 5)*
**Marketing staff:**
   Ryan Burrow, *President/Marketing & Client Services*
      *(Age 43;Exp. 20;w/Firm 5)*
**Proxy voting contact:**
   Ryan Burrow, *President/Marketing & Client Services*
      *(Age 43;Exp. 20;w/Firm 5)*
**MIS contact:**
   Ryan Burrow, *President/Marketing & Client Services*
      *(Age 43;Exp. 20;w/Firm 5)*

16. **Investment products offered:**

### Non-U.S./Global Equity Products

• **BPI - INTERNATIONAL EQUITY**
Assets under management............ $1,531.8 mil.
Number of clients..................... 67
Investment vehicle(s)................ Separate Accounts
Year first offered..................... 1997
Portfolio manager(s)................. Daniel R. Jaworski (1997), Pablo Salas (1997)

**Classification:**
   Geographic mandate............... EAFE
   Security selection philosophy...... Equity-Value
   Security selection strategy......... Bottom-up
   Capitalization emphasis........... Large-cap *(over $5 billion)*
   Asset allocation.................... Fully invested *(max. 10% cash)*
   Hedging........................... No
   Social screening................... If client requests
   Quantitative methods.............. Yes, 40.0%

**Portfolio characteristics:**
   Capitalization..................... Greater than Market
   Earnings growth................... Greater than Market
   Dividend yield..................... Close to Market
   Price/earnings ratio............... Less than Market
   Risk (beta)......................... Less than Market
   Return on equity.................. Greater than Market
   Equity sales turnover.............. Moderate (50 - 100%)
   Average number of issues......... 80 - 120

**Investment approach:**
1. Bottom-up

BPI's investment approach is value oriented, bottom-up discipline focusing on quality, financially productive companies that are under valued within their global industry group.

BPI's discipline seeks to identify securities that have a sustainable competitive advantage in their relative industry, regardless of the location of their corporate headquarters. Geographic boundaries are crossed and relative comparisons are drawn along industry benchmarks, not regional fluctuations. The philosophy avoids an intense focus on predicting the economic and market conditions of various regions. Instead, the firm focuses on securities with attractive return on equity, shareholder oriented managers, and strong capital structure characteristics. Following the quality screen, bottom-up analysis determines the relative value of securities to their peers. Quantitative comparisons identify leading companies within different industries that have the potential for appreciation of capital value. Securities that meet the quality and valuation qualifications are then analyzed to ensure the ability to sustain the corporation's competitive advantage. Portfolio managers employ fundamental analysis to confirm the company's story and verify their potential to achieve earnings expectations. Portfolio managers visit directly with management at corporations in which they invest. The results from this type of stock selection process leads to a diverse, high quality portfolio of companies in a variety of industries and geographic regions.

BPI will invest in all investable markets when securities in those markets meet the investment criteria. Maximum security weight: 5%. Maximum country weight: 5% in any one developing market. Maximum aggregate developing market exposure: 20%. Maximum industry weight: 2X the MSI EAFE Index. BPI does not attempt to time the market. Any cash in the portfolio is a residual result of the buy/sell discipline. Cash should not exceed 10% and usually averages less than 4%.

**Largest holdings:**
| | | | |
|---|---|---|---|
| 1) Kingfisher | | 6) | GlaxoSmithKline |
| 2) Vodafone Group | | 7) | Total Fina Elf SA |
| 3) Royal Dutch Petroleum | | 8) | Rueckuersicherungs |
| 4) ING Groep | | 9) | Nestle SA |
| 5) British American Tabacco | | 10) | Schering |

**Fees:**

| Account Size | $1 mil. | $5 mil. | $10 mil. | $20 mil. | $50 mil. | $100 mil. |
|---|---|---|---|---|---|---|
| Fee | 0.80% | 0.80% | 0.80% | 0.80% | 0.68% | 0.59% |

Performance-based fees offered ?............ No
Minimum Investment Account Size.......... $10 mil.
Minimum Annual Fee....................... $80,000

**Performance:**
*All fully discretionary, separately managed portfolios.*

Assets represented in composite/fund: *$1,069.9 million (0.0 % of total)*
Portfolios in composite/fund: 52

2001 quarterly rates of return (%)
| 4th qtr | 3rd qtr | 2nd qtr | 1st qtr |
|---|---|---|---|
| 9.67 | -14.99 | 2.38 | -18.85 |

Annual rates of return (%)
| 2001 | 2000 | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|---|
| -22.52 | -15.95 | 55.98 | 23.07 | 27.25 | 22.08 |

Annualized rates of return (%)
| 3 years | 5 years |
|---|---|
| 0.51 | 9.72 |

Benchmark used: *MSCI EAFE Index*

Performance net of fees/commissions ?...... Yes
Performance includes cash reserves ?........ Yes
Performance in compliance w/AIMR ?...... Yes, since 2/95
Leverage used ?............................. No
Performance audited ?....................... Yes, Deloitte & Touche LLP
Audited for AIMR compliance ?............. Yes, Deloitte & Touche LLP
Account weighting.......................... Size Weighted
How are periods linked ?................... Geometrically

### U.S. Balanced Products

### Non-U.S./Global Balanced Products

17. **Representative client listing:**

| Client | Amount |
|---|---|
| Claude Worthington Benedum Fdn(2001)........ | Equities - EAFE-$9.6 Mil. |
| Centra Health(1999)............................... | Equities - EAFE-$3.8 Mil. |
| Cone Mills Corporation(2001).................... | Equities - EAFE-$3.6 Mil. |
| Dillon Foundation(1999).......................... | Equities - EAFE-$4.6 Mil. |
| Farmland Industries(1997)....................... | Equities - EAFE-$39.3 Mil. |
| GATX Corp.(1998)............................... | Equities - EAFE-$98.1 Mil. |
| Generali - US Branch(2000)...................... | Equities - EAFE-$9.7 Mil. |
| Hamline University(1999)........................ | Equities - EAFE-$3.9 Mil. |
| Intermountain Health Care(2000)................ | Equities - EAFE-$25.6 Mil. |
| Lake Forest College(2001)........................ | Equities - EAFE-$3.6 Mil. |
| L.A. Fire & Police Pension(2001)................. | Equities - EAFE-$1.7 Mil. |
| Loyola University of Chicago(1999).............. | Equities - EAFE-$17.6 Mil. |
| Major League Baseball Benefit Plan(2001)....... | Equities - EAFE-$78.3 Mil. |
| University of North Dakota(1999)................ | Equities - EAFE-$11.8 Mil. |
| SKF USA Inc.(1997)............................... | Equities - EAFE-$49.2 Mil. |
| Tuckpointers, Local #52(2001).................... | Equities - EAFE-$3.2 Mil. |

# EXHIBIT B

| Buy-Side Institution Search > Search Results > Institution Profile |

**Kleinheinz Capital Partners, Inc.**

201 Main St., 20th Fl.
Fort Worth, TX 76102- United States
Phone: 817-348-8100
Fax: 817-348-8010
Reported Equity Assets (U.S. $B): 0.624
bigdough Equity Assets (U.S. $B): 0.258
bigdough Total Assets (U.S. $B): 0.258
Inst. Qtr. Commissions: $607,952
@0.05/Share
(This Institution manages hedge funds)

Add: Intelligence | Activity | Calendar Item
Institution Type: Hedge Fund Manager
Market Cap: Small-Cap, Mid-Cap
Styles: Value and Short Selling
Average P/E: Low
Average Yield: Medium
Portfolio Turnover: High
Asset Allocation: 100% Stocks


Fix

**Top Ten Holdings**  Current Holdings  Historical Holdings  Funds Managed

| RIMM | RESEARCH IN MOTION LTD COM | VZ | VERIZON COMMUNICATIONS INC COM |
| LUKOY | LUKOIL HOLDINGS ADR | VIP | VIMPEL COMMUNICATIONS OJSC ADR |
| EYE | VISX INC (DEL) COM | TCP | TELESP CELULAR PART ADR PFD |
| XMSR | XM SATELLITE RADIO HOLDINGS CL A | BLS | BELLSOUTH CORP COM |
| EBAY | EBAY INC COM | SBC | SBC COMMUNICATIONS INC COM |

**Top 10 Industries**   Legend: ▓ new   ☐ Increased   ▓ decreased   ☐ unchanged

| Industry Name | % Port. | Chg. | Value | Value Change |
|---|---|---|---|---|
| Telecommunications Equipment | 12.49% | <23.63%> | $77,883,196 | < 24,101,800> |
| Integrated Oil | 9.89% | 6.56% | $61,674,525 | 3,795,250 |
| Medical Specialties | 7.39% | 5.12% | $46,080,450 | 2,244,386 |
| Major Telecommunications | 7.23% | 349.36% | $45,064,650 | 35,035,925 |
| Wireless Telecommunications | 7.03% | 3.01% | $43,831,563 | 1,280,150 |
| Oil & Gas Production | 5.85% | <13.73%> | $36,473,281 | < 5,806,654> |
| Specialty Telecommunications | 4.21% | <2.42%> | $26,237,106 | < 650,997> |
| Other Consumer Services | 3.93% | 5.13% | $24,490,350 | 1,194,800 |
| Property/Casualty Insurance | 2.86% | <7.64%> | $17,854,550 | < 1,476,000> |
| Discount Stores | 2.85% | 0.00% | $17,781,340 | 17,781,340 |

**Overview**
Kleinheinz Capital Partners (KCP) manages the Global Undervalued Securities Fund, L.P., an offshore hedge fund.

**Strategy**
The firm invests across all market caps to find undervalued U.S. stocks and ADRs with what it believes to be superior earnings growth potential. KCP also uses top down analysis to determine attractive markets and risk/reward models to build portfolios. The firm uses leverage, futures, and options, and invests both long and short. Kleinheinz can also invest up to 10% of its capital in private transactions such as venture capital or bridge loans.

**Supplemental Information**
Kleinheinz Capital Partners, LDC is the general partner of the Global Undervalued Securities Fund, L.P. The fund's administrator is International Fund Administration Limited. Merrill Lynch serves as the firm's prime broker and the fund's custodian. KPMG Peat Marwick, LLP is the auditor for the Global Undervalued Securities Fund, L.P. The fund, which is domiciled in Bermuda, was launched on February 1, 1996. KCP is affiliated with Bass Brothers/Taylor & Company. The firm prefers to initiate outside contact.

Recent Actions  bigdough Mail  Intelligence  Activities  To-Dos  Calendar  Results  Funds Managed  Institution Staff  NEW MyRadar

5 Staff Record(s)  View All                                              Add MyRecord

| Staff Person | Coverages | Market Cap | Contact Information |

| Name | Coverage | Cap | Contact |
|---|---|---|---|
| John Kleinheinz<br>Officer/Executive | Country/Region: Global | Small-Cap, Mid-Cap | E: jbk@kleinheinz.com (Outlook/other)<br>P: 817-348-8100<br>F: 817-348-8010 |
| Cherish Plemons<br>Analyst | Country/Region: North America, United States | Small-Cap, Mid-Cap | P: 817-348-8100<br>F: 817-348-8010 |
| Pushkar Shahi<br>Trader | | | P: 817-348-8100<br>F: 817-348-8010 |
| Kevin Stadtler<br>Analyst | | | E: kas@kleinheinz.com (Outlook/other)<br>P: 817-348-8100<br>F: 817-348-8010 |
| Mark Stupfel, CFA<br>Portfolio Manager/Analyst | Industry: Generalist<br>Country/Region: North America, United States | Small-Cap, Mid-Cap | E: mjs@kleinheinz.com (Outlook/other)<br>P: 817-348-8100<br>F: 817-332-9935 |

5 Staff Record(s)  View All                                    Add MyRecord

Copyright © 1998 - 2004 bigdough.com.inc. All rights reserved
Ownership data Copyright © 2004 FactSet Research Systems Inc. All rights reserved

Terms of Use | Privacy Policy